At UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

against

TEVIN MIZELL,

            Supervisee.

No. 14-cr-212-1 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a report from Probation, recommending early termination of Supervisee's five-year term of supervised release and noting that the government opposes the recommendation. IT IS HEREBY ORDERED THAT the government shall file a letter stating the basis for its opposition to early termination no later than August 25, 2023.

SO ORDERED.

Dated: August 18, 2023
New York, New York

                                                 RICHARD J. SULLIVAN
                                                 UNITED STATES CIRCUIT JUDGE
                                                 Sitting by Designation