UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> -v- <br><br> TEVIN MIZELL, <br><br> Supervisee. | No. 14-cr-212-01 (RJS) <br> <u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

    IT IS HEREBY ORDERED THAT Ms. Jacqueline E. Cistaro is appointed as CJA counsel pursuant to 18 U.S.C. § 3006A to represent Supervisee during the pendency of this matter. Ms. Cistaro shall promptly file a notice of appearance in Case No. 14-cr-212-01 (RJS).

SO ORDERED.

Dated:    August 25, 2023
              New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation