UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    against

TEVIN MIZELL,

              Supervisee.

No. 14-cr-212-1 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the government's letter opposing Probation's recommendation of early termination of Supervisee's five-year term of supervised release.  (Doc. No. 1067.)  IT IS HEREBY ORDERED THAT Supervisee shall file a response to the government's letter no later than September 29, 2023.

SO ORDERED.

Dated: August 29, 2023
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation