

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com
_____

September 28, 2023

**VIA ECF**

The Honorable Richard J. Sullivan
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States v. Tevin Mizell, 14 Cr. 212-1 (RJS)*

Dear Judge Sullivan:

    I represent Tevin Mizell in the above-captioned matter. On August 29, 2023, the Court ordered counsel to file a response to the government's opposition of early termination of supervised release. Dkt. 1071. We write to respectfully request a brief extension to file our response on October 3, 2023. The government consents to this request.

    Thank you for your time and consideration.

                                                               Respectfully submitted,

                                                                s/ Jacqueline E. Cistaro, Esq.

cc:    All counsel

---

```
The request is GRANTED. Counsel shall file
her response to the government's opposition to
early termination by October 3, 2023. The Clerk of
Court is respectfully directed to terminate the
motion pending at Doc. No. 1073.

SO ORDERED: _____
Dated:              RICHARD J. SULLIVAN
                    U.S.C.J., Sitting by Designation
```